# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BUTLER,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant.<br>_____ | Case No. CV 11-1817 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: March 26, 2012

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE